IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMIE MCCANN, *et al.*,

        Plaintiffs,

v.                              Consolidated Civil Action No.: 3:21cv69

MICHAEL EVERETTE, *et al.*,

        Defendants.

## AMENDED PETITION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT WITH ALL DEFENDANTS AND NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY

COMES NOW the plaintiffs, Samuel A. Buttari, Sr. and Jamie McCann, Co-Administrators of the Estate of Ryan Dylan Buttari, Deceased, by counsel, pursuant to Virginia Code §8.01-55, for their Petition for Approval of Wrongful Death Settlement, and respectfully state as follows:

1. On September 26, 2020, six-year-old Ryan Buttari was killed in an automobile accident in Petersburg, Virginia.

2. Ryan is survived by his parents, Jamie McCann and Samuel Buttari, and six siblings. All of Ryan's siblings are over the age of 18 except for his five-year-old sister, S.B.

3. On November 30, 2020, Jamie McCann and Samuel Buttari qualified in Sussex County Circuit Court as co-administrators of Ryan's estate.

4. On June 14, 2021, the parties engaged in a private mediation with the Honorable Pamela Baskervill. Without in any way admitting negligence or liability, but specifically denying the same, the defendants Michael Everette and M and C Transfer, LLC have offered to pay Ryan's wrongful death claim, the personal injury claim of Jamie McCann, and the personal injury claim

1

of Jessie McCann (Ryan's brother) the sum of $850,000 in full settlement of any and all claims against Everette and M and C Transfer, LLC.

5. Ryan's underinsured motorist carrier, Nationwide Property and Casualty Insurance Company has offered to pay $3,000 as settlement for claims against it in the wrongful death case.

6. On July 15, 2021, defendant 88 Freight, LLC, without in any way admitting negligence or liability, but specifically denying the same, has offered to pay Ryan's wrongful death claim, the personal injury claim of Jamie McCann, and the personal injury claim of Jessie McCann (Ryan's brother) the sum of $300,000 in full settlement of any and all claims.

7. As a result of the mediation, and by agreement of the family, the plaintiffs have proposed resolving the wrongful death case for $611,850 ($450,000 from Everette and M and C Transfer, LLC's insurance carrier plus $3,000 from Nationwide and $158,850 from 88 Freight, LLC's insurance carrier).

8. The plaintiffs therefore request the Court approve the proposed settlement against these defendants and approve the following distribution:

    A. Tronfeld West & Durrett (legal fees)      $189,975.00

    B. Tronfeld West & Durrett (expenses)      $4,711.34

    C. Depart. of Medical Assist. Services (Medicaid)      $1,466.98

    D. E. Alvin Smalls Funeral Home, Inc.      $4,792.55

    E. Net Settlement to be disbursed to beneficiaries      $410,904.13

9. By agreement of the family, the plaintiffs request the following distribution of the net settlement:

    A. Jamie McCann (30 percent)      $123,291.79

    B. Samuel Buttari (30 percent)      $123,291.78

    C.  Shawn McCann (6.66 percent)                                 $27,386.76

    D.  Steven McCann (6.66 percent)                                $27,386.76

    E.  Jessie McCann (6.66 percent)                                  $27,386.76

    F.  Samuel Buttari, Jr. (6.66 percent)                            $27,386.76

    G.  Jonathan Buttari (6.66 percent)                               $27,386.76

    H.  S.B., a minor (6.66 percent)                                    $27,386.76

10.     The plaintiffs agree to be solely responsible for and will satisfy out of the settlement money and all legally enforceable outstanding medical expenses and/or liens applicable to this action. Plaintiffs represent that, pursuant to Virginia Code § 8.01-53, there are no other beneficiaries to the settlement.

11.     In consideration of the promise to make the payments set forth herein, the plaintiffs, Samuel Buttari and Jamie McCann, co-administrators of the Estate of Ryan Buttari, release and forever discharge Michael Everette, M and C Transfer, LLC, Nationwide Property and Casualty Insurance Company, and 88 Freight, LLC their officers, directors, employees, predecessor or successor corporations, agents and assigns, any current or former employees, their affiliated entities and their insurers from any claim which they may have regarding the death of Ryan Buttari including claims or actions for contribution and/or indemnity of whatever nature now existing or which may hereafter arise or any other incident or occurrence including any consequences now existing or which may develop, whether or not such consequences are known or anticipated, and from any and all claims brought or which could have been brought against Michael Everette, M and C Transfer, LLC, Nationwide Property and Casualty Insurance Company, and 88 Freight, LLC.

WHEREFORE the plaintiffs, by counsel, respectfully request that all interested parties be

convened and that this Court consider and approve the compromise settlement and enter an Order approving the same and dismissing all claims against all defendants and Nationwide Property and Casualty Insurance Company.

            JAMIE MCCANN, ET AL.

           By    /s/                                  
                 Counsel

Kelly B. Martin, Esquire (VSB# 77029)
TRONFELD WEST & DURRETT
4020 W. Broad Street
Richmond, Virginia 23230
Tel. #: (804) 358-6741
Fax #: (804) 355-0226
E-mail: kmartin@twdinjurylaw.com

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of July, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stanley P. Wellman, Esquire
B. Patrick O'Grady, Esquire
HARMAN CLAYTOR CORRIGAN & WELLMAN
P.O. Box 70280
Richmond, VA 23255
*Counsel for Michael Everette and M and C Transfer LLC*

Lindsey A. Lewis, Esquire
FRANKLIN & PROKOPIK
Vistas II
5516 Falmouth Street, Suite 203
Richmond, VA 23230
*Counsel for 88 Freight LLC*

Laura Hayes, Esquire
Teumer & Drash
7275 Glen Forest Drive, Suite 300
Richmond, VA 23226
Haysl4@nationwide.com
*Counsel for Nationwide Property &*
  *Casualty Ins.*

                                                                  /s/