IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMIE MCCANN,

    Plaintiff,

v.                                            Consolidated Civil Action No. 3:21-cv-00069

MICHAEL EVERETTE, *et al.*,

    Defendants.

## ORDER TO APPROVE COMPROMISE

CAME THIS DAY the parties, by counsel, pursuant to § 8.01-50, *et seq.* of the Code of Virginia, upon Plaintiffs' Petition for Approval of Wrongful Death Settlement with the defendants and Nationwide Property and Casualty Insurance Company.

IT APPEARING to the court that on September 26, 2020, Ryan Dylan Buttari ("Buttari") was a passenger in a motor vehicle operated by Jessie McCann on Interstate 95 northbound in the City of Petersburg, Virginia, that at that time and location Michael Everette ("Everette") was operating a commercial motor vehicle owned by M and C Transfer, LLC ("M&C"), that the vehicle in which Buttari was a passenger was struck by the vehicle owned by M&C and operated by Everette, and that Buttari died as a result of his injuries; and

IT FURTHER APPEARING that without admitting liability or negligence Everette and M&C, through their insurer Stonewood Insurance Company, have offered to pay FOUR HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($450,000.00), in full settlement of this case and all claims Plaintiffs have against Everette, M&C, Stonewood Insurance Company and all of their respective employees, co-workers, supervisors and subordinates, parent organizations, subsidiaries, firms, associations and corporations arising out of this incident, that Samuel A. Buttari,

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 2

Sr. and Jamie McCann qualified as the Co-Administrators of the Estate of Ryan Dylan Buttari in the Circuit Court of Sussex County, Virginia on November 30, 2020, and that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari, request the approval of this compromise settlement of the claim for the wrongful death of Ryan Dylan Buttari, deceased; and

IT FURTHER APPEARING that without admitting liability or negligence Nationwide Property and Casualty Insurance Company, the purported uninsured or underinsured motorist carrier, has offered to pay THREE THOUSAND AND NO/100 DOLLARS ($3,000.00), in full settlement of this case and all claims Plaintiffs have against Nationwide Property and Casualty Insurance Company and all of its employees, co-workers, supervisors and subordinates, parent organizations, subsidiaries, firms, associations and corporations arising out of this incident, and;

IT FURTHER APPEARING that without admitting liability or negligence 88 Freight, LLC, through its insurer United Specialty Insurance Company, have offered to pay ONE HUNDRED FIFTY EIGHT THOUSAND AND EIGHT HUNDRED AND FIFTY DOLLARS ($158,850.00), in full settlement of this case and all claims Plaintiffs have against 88 Freight, LLC, United Specialty Insurance Company and all of their respective employees, co-workers, supervisors and subordinates, parent organizations, subsidiaries, firms, associations and corporations arising out of this incident, that Samuel A. Buttari, Sr. and Jamie McCann qualified as the Co-Administrators of the Estate of Ryan Dylan Buttari in the Circuit Court of Sussex County, Virginia on November 30, 2020, and that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari, request the approval of this compromise settlement of the claim for the wrongful death of Ryan Dylan Buttari, deceased; and

IT FURTHER APPEARING that pursuant to § 8.01-53 of the Code of Virginia, 1950, as amended, Ryan Dylan Buttari was survived by the following statutory beneficiaries:

Samuel A. Buttari, Sr., father of the Decedent,

Jamie McCann, mother of the Decedent,

Shawn McCann, brother of the Decedent,

Steven McCann, brother of the Decedent,

Jessie McCann, brother of the Decedent,

Samuel Buttari, Jr., brother of the Decedent,

Jonathan Buttari, brother of the Decedent, and

S.B., sister of the Decedent,

that all parties required by law to be convened have been convened, that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari, request the approval of this compromise settlement of the claim for the wrongful death of Ryan Dylan Buttari, deceased against Nationwide, Michael Everette, M and C Transfer, LLC, and 88 Freight, LLC, and agree to the distribution of the settlement proceeds as set forth hereinafter as evidenced by their endorsement of this Order; that each of the statutory beneficiaries listed herein agree to the distribution of the settlement proceeds as set forth hereinafter as evidenced by their endorsement of this Order, and

IT FURTHER APPEARING that the Compromise Settlement is just and reasonable under all circumstances;

It is ORDERED that, pursuant to Virginia Code § 8.01-50, *et seq.*, the Compromise Settlement in the sum of SIX HUNDRED ELEVEN THOUSAND AND EIGHT HUNDRED AND FIFTY DOLLARS ($611,850.00) for the wrongful death of Ryan Dylan Buttari is HEREBY AUTHORIZED, APPROVED, AND CONFIRMED.

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 4

IT APPEARING that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari represent that except as otherwise noted herein there are no claims for reimbursement or liens to be settled out of or against this settlement, that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari covenant to defend, indemnify and hold harmless Everette, M&C, Stonewood Insurance Company, Nationwide Property and Casualty Insurance Company, 88 Freight, LLC, and United Specialty Insurance Company from and against all lien and subrogation claims, including all costs and attorney fees incurred in the defense of any such claims, arising out of contract or under state or federal law or under tort law, including, but not limited to, any subrogation or lien claims of Medicare, Medicaid, Medicare Part C, Medicare Part D, or any medical insurance carrier for Ryan Dylan Buttari and/or any state or federal agency, that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari represent that they are aware of no other statutory beneficiaries that may have a claim upon the settlement proceeds, and that Samuel A. Buttari, Sr. and Jamie McCann Co-Administrators of the Estate of Ryan Dylan Buttari covenant to defend, indemnify and hold harmless Everette, M&C, Stonewood Insurance Company, Nationwide Property and Casualty Insurance Company, 88 Freight, LLC, and United Specialty Insurance Company from and against all claims for reimbursement or recovery by beneficiaries other than those identified herein, including all costs and attorney fees incurred in the defense of any such claims; and

It is FURTHER ORDERED that the settlement proceeds shall be distributed as follows:

| | | |
|---|---|---|
| $189,975.00 | Tronfeld West & Durrett | Legal Fees incurred |
| $4,711.34 | Tronfeld West & Durrett | Expenses incurred |
| $1,466.98 | Department of Medical Assistance Services | Lien for medical services rendered |

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 5

| | | |
|---|---|---|
| $4,792.55 | E. Alvin Smalls Funeral Home, Inc. | Funeral costs and final expenses |
| $123,291.79 | Jamie McCann, mother | 30% of the settlement proceeds |
| $123,291.78 | Samuel A. Buttari, Sr., father | 30% of the settlement proceeds |
| $27,386.76 | Shawn McCann, brother | 6.66% of the settlement proceeds |
| $27,386.76 | Steven McCann, brother | 6.66% of the settlement proceeds |
| $27,386.76 | Jessie McCann, brother | 6.66% of the settlement proceeds |
| $27,386.76 | Samuel Buttari, Jr., brother | 6.66% of the settlement proceeds |
| $27,386.76 | Jonathan Buttari, brother | 6.66% of the settlement proceeds |
| $27,386.76 | S.B., sister | 6.66% of the settlement proceeds |
| **$611,850.00** | **TOTAL** | |

IT FURTHER APPEARING that S.B. is a child of tender years and has not yet reached the age of majority, that S.B. is a person with a disability as defined by Virginia code § 51.5-40.1, that S.B.'s guardians and next friends are her parents, Samuel A. Buttari, Sr. and Jamie McCann, that S.B.'s guardians and next friends desire to use S.B.'s $27,386.76 share of the proceeds to provide for her long term care and maintenance; it is FURTHER ORDERED that S.B.'s $27,386.76 share of the settlement proceeds settlement shall be distributed as follows:

| | |
|---|---|
| $27,386.76 | Payable to Commonwealth Community Trust First-Party Pooled Special Needs Trust f/b/o/ S.B. |

That Commonwealth Community Trust, a Virginia non-profit corporation and 501(c)(3) organization, created Commonwealth Community Trust First Party Pooled Special Needs Trust (The "Trust") pursuant to 42 U.S.C. § 1396p(d)(4)(C) for the benefit of disabled individuals, and acting through its trustee, Capital First Trust Company (Capital First), is a duly qualified fiduciary as defined

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 6

in Virginia Code § 8.01-424D(2), and that it is in the best interest of S.B. in order to preserve entitlements to S.B. public benefits, that the proceeds of this settlement be paid to the Trust to be held in a sub-account for the benefit of S.B.

It is HEREBY ORDERED that Michael Everette, M and C Transfer, LLC, Stonewood Insurance Company, Nationwide Property and Casualty Insurance Company, 88 Freight, LLC, and United Specialty Insurance Company and all of their respective employees, co-workers, agents, supervisors and subordinates, parent organizations, subsidiaries, predecessors, successors, firms, associations and corporations are forever released and discharged from any and all claims and liability which have been made or may be made by Plaintiffs or the Decedent's statutory beneficiaries arising out of the September 26, 2020 motor vehicle collision described herein and the death of Ryan Dylan Buttari.

It is FURTHER ORDERED that Michael Everette, M and C Transfer, LLC, Nationwide Property and Casualty Insurance Company, 88 Freight, LLC, and United Specialty Insurance Company shall deliver the settlement drafts to plaintiffs' counsel no later than 14 days from the entry of this Order.

It is FURTHER ORDERED that Plaintiffs' action against Michael Everette, M and C Transfer, LLC, Nationwide Property and Casualty Insurance Company, 88 Freight, LLC, and United Specialty Insurance Company is DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

ENTER: July 29 2021

/s/
David J. Novak
U.S. District Court Judge.
United States District Judge

6

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 7

WE ASK FOR THIS:

_____
Kelly B. Martin (VSB No. 77029)
Eric W. Speer (VSB No. 91089)
Tronfeld West & Durrett, P.C.
4020 West Broad Street
Richmond, VA 23230
804-358-6741 - Phone
804-355-0226 - Fax
KMartin@twdinjurylaw.com
ESpeer@twdinjurylaw.com
*Counsel for Plaintiffs*

SEEN AND AGREED:

_____
Lindsey A. Lewis (VSB No. 73141)
Elena G. Patarinski (VSB No. 84299)
Franklin & Prokopik, P.C.
5516 Falmouth Street, Suite 203
Richmond, VA 23230
804-932-1996 - Phone
804-403-6007 - Fax
llewis@fandpnet.com
epatarinski@fandpnet.com
*Counsel for 88 Freight, LLC*

SEEN AND AGREED:

_____
Samuel A. Buttari, Sr., *Co-Administrator of the estate of Ryan Dylan Buttari*

SEEN AND AGREED:

_____
Samuel A. Buttari, Sr., *guardian and next friend of S.B.*

SEEN AND AGREED:

_____
Stanley P. Wellman (VSB No. 27618)
B. Patrick O'Grady (VSB No. 85852)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
pogrady@hccw.com
*Counsel for Everette and M&C Transfer, LLC*

SEEN AND AGREED:

_____
Laura W. Hayes (VSB No. 74103) (by B. Patrick O'Grady w/ permission)
Teumer & Drash
7275 Glen Forest Drive, Suite 300
Richmond, Virginia 23256
804-588-3748 - Phone
866-299-9155 - Fax
HAYSL4@nationwide.com
*Counsel for Nationwide*

SEEN AND AGREED:

_____
Jamie McCann, *Co-Administrator of the estate of Ryan Dylan Buttari*

SEEN AND AGREED:

_____
Jamie McCann, *guardian and next friend of S.B.*

7

Order to Approve Compromise
Consolidated Civil Action No. 3:21-cv-00069
Page 8

SEEN AND AGREED:

_____
Shawn McCann

SEEN AND AGREED:

_____
Steven McCann

SEEN AND AGREED:

*/s/ Jessie McCann*
_____
Jessie McCann

SEEN AND AGREED:

_____
Samuel Buttari, Jr.

SEEN AND AGREED:

_____
Jonathan Buttari

8