IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMIE MCCANN, *et al.*,
    Plaintiffs,

v.                                Consolidated Civil Action No. 3:21cv69 (DJN)

MICHAEL EVERETTE, *et al.*,
    Defendants.

**ORDER**
**(Dismissing Case)**

This matter comes before the Court on the parties' Stipulation of Dismissal (ECF No. 62). Having resolved all matters in controversy in this case, the parties hereby stipulate and agree to the dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE Plaintiff's Amended Complaint (ECF No. 9). Additionally, the Court hereby DENIES AS MOOT 88 Freight, LLC's Motion for Leave to File Amended Answers (ECF No. 48) and Plaintiffs' Motion for Partial Approval of Wrongful Death Settlement (ECF No. 51).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                        /s/
                                           David J. Novak
                                           United States District Judge

Richmond, Virginia
Date: August 17, 2021